# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:16-CR-112 JVB |
| GREGORY DEWAYNE NICHOLS | |

**ORDER**

This matter is before the Court on the findings and recommendations of the Magistrate Judge filed on August 25, 2016, on a plea of guilty by Defendant Gregory Nichols (DE 9). No objections have been filed to Magistrate Judge Rodovich's findings and recommendations. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Gregory Nichols, and **FINDS** the Defendant guilty of the offense charged in Court 1 of the information.

SO ORDERED on September 19, 2016.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge
